UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MILTON (a/k/a RYAN MILLER), RAVENSBURGER NORTH AMERICA, INC.,<br><br>Defendants. | Case No.: 23-cv-1249-L-BLM<br><br>**ORDER DENYING AS MOOT:**<br><br>**(1) MOTION TO DISMISS [ECF No. 7]**<br><br>**(2) MOTION TO FILE DOCUMENTS UNDER SEAL [ECF No. 9]** |

In light of Plaintiff's filing of the first amended complaint, the motion to dismiss, (ECF No. 7), and motion to file documents under seal, (ECF No. 9), filed by Defendant Ryan Miller are dismissed as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: August 3, 2023

Hon. M. James Lorenz
United States District Judge