# UNITED STATES DISTRICT COURT

## Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

December 14, 2023

Clerk, U.S. District Court
District of Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101

Re: The Upper Deck Company v. Ryan Milton, et al., Case No. 3:23–cv–01249–L–BLM

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ C. Lam, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: