| | |
|---|---|
| **From:** | ECF@wawd.uscourts.gov |
| **Sent:** | Friday, December 15, 2023 2:53 PM |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |

CASE: 3:23-cv-01249

DETAILS: Case transferred from California Southern has been opened in United States District Court for the Western District of Washington as case 2:23-cv-01936, filed 12/14/2023.